## MOTION DOCKET

**86–193.** State v. Steffen. *Hamilton County*, No. C–830445. On motion for delayed reinstatement of appeal. Motion denied.

**92–716.** State ex rel. Carmona v. Pietrykowski. *Lucas County*, No. L–92–027. *Sua sponte*, the memorandum in support of jurisdiction is treated as the merit brief.

**92–1424.** State ex rel. Shaniuk v. Furest. *Cuyahoga County*, No. 63323. *Sua sponte*, the memorandum in support of jurisdiction is treated as the merit brief.

**93–640.** Wright v. Bloom. *Summit County*, No. 15665. On motion to dismiss. Motion denied. WRIGHT and RESNICK, JJ., dissent.

**93–810.** Ault v. Jasko. *Lorain County*, No. 92CA005344. On motion for leave to file *amicus* of Adult Support for Incest Survivors of Today instanter. Motion granted.
MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1050.** Ohio Domestic Violence Network v. Pub. Util. Comm. Public Utilities Commission, No. 93–343–TP–ATA. *Sua sponte*, this cause is consolidated with 93–1453, *Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 93–343–TP–ATA; 93–1515, *Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 93–344–TP–ATA; and 93–1516, *Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 92–1916–TP–ATA.

**93–1329.** Dellenbach v. Robinson. *Franklin County*, No. 92AP–884. On motion for leave to file cross-appeal instanter. Motion denied.
MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.
On motion for leave to exceed page limit. Motion denied.
DOUGLAS, J., dissents.
On motions to strike. Motions denied.
RESNICK, J., dissents.

**93–1367.** Ede v. Atrium S. OB/GYN, Inc. *Stark County*, No. CA–9041. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.
MOYER, C.J., dissents because the motion is out of rule.
WRIGHT, J., dissents.